## No. 9700.

THE STATE BOARD OF MEDICAL EXAMINERS *v*. BOULLS.

Decided November 8, 1920.

Certiorari to the state board of medical examiners. The district court reversed the action of the board.

*Reversed.*

*On Petition for Rehearing February 7, 1921.*

1. CERTIORARI—*Question to be Determined.* The only question to be determined on a writ of certiorari, is whether the inferior tribunal or board has exceeded its jurisdiction, or greatly abused the discretion allowed it.

2. PHYSICIANS AND SURGEONS—*State Board of Medical Examiners.* The decision of the state board of medical examiners, on a question within its jurisdiction, will not be disturbed on writ of certiorari.

*Error to the District Court of the City and County of Denver, Hon. Clarence J. Morley, Judge.*

Mr. VICTOR E. KEYES, Attorney General, Mr. CHARLES H. HAINES, for plaintiff in error.

Mr. JOHN HIPP, Mr. J. M. PRIEST, for defendant in error.

*En banc.*

MR. JUSTICE TELLER delivered the opinion of the court.

THIS cause is before us on error to the district court of the City and County of Denver to review a judgment entered on a writ of *certiorari* to the State Board of Medical Examiners, which judgment reversed the action of the Board in refusing to the defendant in error a license "to practice chiropractic." For the plaintiff in error it is urged that the trial court was, and this court is, without jurisdiction to consider the merits of the case; this for the reason that the only question to be determined on a writ of

*certiorari* is whether the inferior tribunal, or board, has. exceeded its jurisdiction, or greatly abused the discretion allowed it.

This contention is sustained by repeated rulings of this court.

*Thompson v. State Board,* 59 Colo. 549, 151 Pac. 436; *State Board v. Noble,* 65 Colo. 410, 177 Pac. 141.

The statute under which the defendant in error applied for a license made the State Board of Medical Examiners a tribunal to determine whether or· not he came within the provisions of the law.   Defendant in error was allowed a hearing upon the matters involved, and the determination of the question presented to the board was within its jurisdiction.   Its decision is, therefore, not to be disturbed on writ of *certiorari.*

The judgment is accordingly reversed and the cause remanded with instructions for further proceedings in harmony with the views herein expressed.

MR. JUSTICE WHITFORD not participating.